**Sheehan & Associates, P.C.**

505 Northern Boulevard, Suite 311, Great Neck, NY 11021
tel. 516.303.0552
fax 516.234.7800
spencer@spencersheehan.com

December 31, 2018

District Judge Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: Ransom v. Premier Nutrition Corporation
           1:18-cv-04617-CBA-PK

Dear District Judge Amon:

  This office represents plaintiff in the above action and requests an extension of time for defendant to move or answer the complaint until Monday, February 11, 2019.  Individual Rules, 2(D).

  The original date by which defendant is required to move or answer is Friday, January 11, 2019.  There have been no previous requests for adjournment or extension.  Defendant consents to the present request.  This request does not affect any other scheduled dates.

  Thank you.

                Respectfully submitted,

                /s/ Spencer Sheehan
                Spencer Sheehan

Certificate of Service

I certify that on December 31, 2018, I served the foregoing by electronically filing and/or mailing (first-class mail) same, to the persons or entities indicated below, at their last known address of record (blank where not applicable).

| Name | Role | CM/ECF | First-Class Mail | Email |
|---|---|---|---|---|
| Sarah Brew<br>Faegre Baker Daniels<br>2200 Wells Fargo Center<br>90 S. Seventh Street<br>Minneapolis, MN 55402<br>sarah.brew@FaegreBD.com | Attorney for Defendant | ☐ | ☐ | ☒ |

 /s/ Spencer Sheehan  
Spencer Sheehan