| | |
|---|---|
| United States District Court <br> Eastern District of New York | 1:18-cv-04617-CBA-PK |
| Russell Ransom individually and on behalf of all others similarly situated <br><br> Plaintiff <br><br> - against - <br><br> Premier Nutrition Corporation <br><br> Defendant | <br><br><br><br> Notice of Voluntary Dismissal <br> with Prejudice |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff gives notice that this action is voluntarily dismissed, with prejudice.

Dated: February 8, 2019

                                                             Respectfully submitted,

                                                             Sheehan & Associates, P.C.

                                                             /s/Spencer Sheehan
                                                             Spencer Sheehan
                                                             EDNY Bar Number SS-8533
                                                             505 Northern Blvd., Ste. 311
                                                             Great Neck, NY 11021
                                                             Tel: (516) 303-0552
                                                             Fax: (516) 234-7800
                                                             spencer@spencersheehan.com

1:18-cv-04617-CBA-PK
United States District Court
Eastern District of New York

Russell Ransom individually and on behalf of all others similarly situated

Plaintiff

- against -

Premier Nutrition Corporation

Defendant

## Notice of Voluntary Dismissal with Prejudice

Sheehan & Associates, P.C.
505 Northern Blvd., Ste. 311
Great Neck, NY 11021
Tel:  (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  February 8, 2019

/s/ Spencer Sheehan
Spencer Sheehan