United States District Court
Eastern District of New York

1:18-cv-04617-CBA-PK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 11 2019 ★
BROOKLYN OFFICE

Russell Ransom individually and on behalf of all others similarly situated

Plaintiff

- against -

Premier Nutrition Corporation

Defendant

Notice of Voluntary Dismissal
with Prejudice

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff gives notice that this action is voluntarily dismissed, with prejudice.

Dated: February 8, 2019

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan
Spencer Sheehan
EDNY Bar Number SS-8533
505 Northern Blvd., Ste. 311
Great Neck, NY 11021
Tel: (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

*So Ordered*

s/Carol Bagley Amon

2/8/19